UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARM WINDS dba ALTERNATIVES TO VIOLENCE, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PROBATION DEPARTMENT OF THE COUNTY OF SACRAMENTO, VERNE L. SPEIRS, CHIEF; SHAWN AYALA, ASSISTANT PROBATION CHIEF; SUSAN VANQUILL, RETIRED ANNUITANT/PROBATION OFFICER; SHELLY FISHER, PROBATION OFFICER; MORGAN WARD, SUPERVISOR, DOMESTIC VIOLENCE UNIT, DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | No. 2:08-cv-01398-MCE-GGH<br><br><br><br><br><br>**ORDER** |

----oo0oo----

By Memorandum and Order dated November 12, 2009, this Court granted Defendants' Motion for Summary Judgment.  Judgment was subsequently entered in favor of Defendants in accordance with that Order.

1

1  On December 10, 2009, after the case had been closed, Lyle
2  Solomon, counsel of record for Plaintiff Warm Winds dba
3  Alternatives to Violence, a California Non-Profit Corporation
4  ("Warm Winds"), filed a proposed Substitution of Attorneys
5  requesting that Judith Bracamonte, as Warm Winds' Executive
6  Director, be substituted as counsel in this matter.  That request
7  was denied, by Minute Order dated December 14, 2009, on grounds
8  that the Local Rules of this District clearly provide that "a
9  corporation or other entity may appear only by an attorney."
10 E.D. Local Rule 183(a).  As Warm Winds' Executive Director,
11 Bracamonte's substitution request runs counter to both Local Rule
12 183(a) and to applicable case law.  See CLD Construction, Inc. v.
13 City of San Ramon, 120 Cal. App. 4th 1141, 1145 (2004) ([A]
14 corporation, unlike a natural person, cannot represent itself
15 before courts of record in propria persona, not can it represent
16 itself through a corporate officer, director, or other employee
17 who is not an attorney.  It must be represented by a licensed
18 counsel in proceedings before courts of record").
19      Despite the Court's December 14, 2009 Minute Order, on
20 December 28, 2009, Judith Bracamonte, as "Director [of] Warm
21 Winds Inc. Without Counsel" filed two post-judgment Motions
22 seeking extensions for filing Motions for Reconsideration and for
23 Relief from Judgment under Federal Rule of Civil Procedure 60(c).
24 Because Bracamonte cannot represent Warm Winds, Inc. for the
25 reasons stated above, she has no standing to bring either motion.
26 ///
27 ///
28 ///

2

Consequently both Motions (Docket Nos. 56 and 57) are stricken and the January 28, 2010 hearing date for the Motions is vacated.

   IT IS SO ORDERED.

Dated: January 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE